**NO FEE DUE**
**GOV'T CODE § 6103**

RAYMOND G. FORTNER, JR., County Counsel
ROGER H. GRANBO, Assistant County Counsel
DENNIS M. GONZALES, Principal Deputy County Counsel
STATE BAR NO.: 59414
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0812
Facsimile: (213) 626-2105

Attorneys for Defendant
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and SHERIFF LEE BACA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA SALDANA, ELIODORO SALDANA, ABEL JOSE SALDANA, a minor, by and through his next friend, NATALIE JUAREZ, Estate of ARTURO SALDANA, Estate of ABELARDO SALDANA,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and SHERIFF LEE BACA,<br><br>  Defendants. | CASE NO. CV 05-4457 JWJ<br><br>**ORDER** |

**GOOD CAUSE APPEARING,**

1. Pursuant to and in compliance with Federal Rules of Civil Procedure Rule 41(a)(1)(ii), the parties to this action, Plaintiffs Ana Saldana, Eliodoro Saldana, Abel Jose Saldana, a minor, by and through his next friend, Natalie Juarez, Estate of Abelardo Saldana, and Estate of Arturo

HOA.539347.1

ORDER

Saldana, and Defendants County of Los Angeles, Los Angeles County Sheriff's Department and Sheriff Lee Baca, by and through their respective attorneys of record, hereby stipulate that the Complaint in the above entitled matter be dismissed its entirety with prejudice.

2. A Minor's Compromise hearing is scheduled for **August 12, 2008 at 10:30 A.M.**, Courtroom C of the above -entitled court.

**IT IS SO ORDERED.**

DATED: July 22, 2008

/s/
JEFFREY W. JOHNSON, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT